UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM A. MASTERS II, | No. 19-55757 |
| Plaintiff-Appellant, | D.C. No. 2:19-cv-02030-MWF-AGR |
| v. | Central District of California, Los Angeles |
| ROB BONTA, in his official capacity as the Attorney General of the State of California, | ORDER |
| Defendant-Appellee. | |

Before: GRABER, R. NELSON, and FORREST,* Circuit Judges.

Masters's petition for panel rehearing (Docket Entry No. 23) is denied.

No further filings will be entertained in this closed case.

---

    *    Formerly known as Danielle J. Hunsaker.